No. 04–9241. JOSEPH v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9242. JONES v. SHERMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9243. SMITH v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9249. CARMICHAEL v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 04–9253. WENYING ZHOU v. SUN MICROSYSTEMS, INC. C. A. 9th Cir. Certiorari denied.

No. 04–9255. BELL v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 04–9256. BARNES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9258. BROTHERS v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9262. ALLEN v. FORD CREDIT. C. A. 4th Cir. Certiorari denied.

No. 04–9263. ALLEN v. IVEYS. C. A. 4th Cir. Certiorari denied.

No. 04–9264. MANLEY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–9283. STILLEY v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9284. SALLAHDIN, AKA PENNINGTON v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–9290. KING v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–9322. LEARY v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.